IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREGORY IFESINACHI EZEANI,

      Plaintiff,

v.                                                                                                           No. 2:23-cv-00325-MIS-DLM

LUIS RODOLFO GARCIA CARRILLO,
DAVID V. JAUREGUI, and
PHAME CAMARENA,

      Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE